BENJAMIN B. WAGNER
United States Attorney
BENJAMIN E. HALL
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA  93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Defendant
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARIN MARTIN,<br><br>                    Plaintiff,<br><br>           v.<br><br>UNITED STATES OF AMERICA,<br><br>                    Defendant. | Case No. 2:14-cv-02214-TLN-KJN<br><br>**STIPULATION AND PROPOSED ORDER TO VACATE SETTLEMENT CONFERENCE** |

Plaintiff, Darin Martin, and defendant, United States of America, through their undersigned attorneys, hereby stipulate and request that the Court vacate the settlement conference set for August 4, 2015, before Magistrate Judge Carolyn K. Delaney (*see* ECF No. 8, at p. 10).  The parties have conferred in detail regarding the claims in the case and agree that the case is not in a settlement posture at this time.  The parties do not request that a new conference date be fixed at this time.

                                          Respectfully submitted,

Dated: July 22, 2015                    BENJAMIN B. WAGNER
                                                  United States Attorney

                                          /s/ Benjamin E. Hall
                                         BENJAMIN E. HALL
                                         Assistant U.S. Attorney
                                         Attorney for Defendant
                                         United States of America

1  Dated: July 22, 2015					LAW OFFICE OF KRISTA C. GEDDES

3							  /s/ Krista C. Geddes
							KRISTA C. GEDDES
4							Attorney for Plaintiff

						**ORDER**

IT IS SO ORDERED.

Dated:  July 27, 2015

						_____
						CAROLYN K. DELANEY
						UNITED STATES MAGISTRATE JUDGE