KRISTA C. GEDDES, SB# 288657
LAW OFFICE OF KRISTA GEDDES
2261 ST GEORGE LN, SUITE F
CHICO, CALIFORNIA 95926
Telephone: (530) 774-2359
kristalaw10@yahoo.com

Attorney for Darin Martin

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| DARIN MARTIN, | ) | |
|---|---|---|
| | ) | Case No.: 2:14-cv-02214-TLN-KJN |
| Plaintiff, | ) | |
| | ) | NOTICE OF REQUEST TO SEAL DOCUMENTS; REQUEST TO SEAL DOCUMENTS AND ORDER |
| v. | ) | |
| UNITED STATES OF AMERICA, | | |
| | | Date:   June 2, 2016 |
| | | Time:   2 p.m. |
| Defendant. | | Dept.: 2, 15th Floor |
| | | Hon. Troy L. Nunley |

TO THE COURT AND ALL PARTIES OF RECORD: Plaintiff counsel hereby notifies all parties and the Court that, pursuant to Local Rules 140 and 141, Federal Rules of Civil Procedure 5.2 and 26, Plaintiff requests the following documents filed May 19, 2016 be sealed: Plaintiff's Exhibits A - E, and Exhibits H, I, and K - O in Declaration of Krista C. Geddes in Support of Plaintiff's Opposition to Defendant's Motion for Summary Judgment consisting of Plaintiff's relevant Bureau of Prisons Health Services Clinic Encounter Records and Bureau of Prisons Health Services Patient Education Records from FCI Herlong for 2013-2014.

//

//

//

Plaintiff's Request to Seal Documents and the proposed order were submitted to the court and served on all other parties on May 20, 2016. The documents themselves were previously submitted to the court and served on all other parties on May 19, 2016.

Pursuant to Local Rules 140 and 141, Federal Rules of Civil Procedure 5.2 and 26, Plaintiff hereby requests that the following documents filed May 19, 2016 be sealed. Plaintiff's Exhibits A - E, and Exhibits H, I, and K - O in Declaration of Krista C. Geddes in Support of Plaintiff's Opposition to Defendant's Motion for Summary Judgment consisting of Plaintiff's relevant Bureau of Prisons Health Services Clinic Encounter Records and Bureau of Prisons Health Services Patient Education Records from FCI Herlong for 2013-2014. This request is made pursuant to Local Rules 140 and 141 due to private information inadvertently being filed. Plaintiff submits herewith an amended Declaration of Krista C. Geddes in Support of Plaintiff's Opposition to Defendant's Motion for Summary Judgment with the appropriate redactions pursuant to Local Rule 140.

Dated:   May 20, 2016                                         Respectfully submitted,

                                                               /s/ Krista C. Geddes
                                                              Krista C. Geddes
                                                              Attorney for DARIN MARTIN

**IT IS SO ORDERED.**

Dated: May 24, 2016

                                                              Troy L. Nunley
                                                              United States District Judge